# USERY & ASSOCIATES

LISA SZCZEPANSKI, ESQ.
Admitted in NY

MAILING ADDRESS:
P.O. BOX 2996
HARTFORD, CT 06104

Direct Dial: (917) 778-6763
E-Mail: lszczepa@travelers.com

Tel.: (917) 778-6680
Fax: (844) 571-3789

November 21, 2023

**_Via ECF_**
Hon. Brian M. Cogan
U.S. District Court for the Eastern District of New York
225 Cadman Plaza E., Rm. 8D
Brooklyn, NY 11201

Re: *The Travelers Indemnity Company v. Harleysville Insurance Company of New York*
Case No. 1:22-cv-06032-BMC

Dear Judge Cogan:

This office represents plaintiff, The Travelers Indemnity Company ("Travelers"), in connection with the above-referenced action. Enclosed please find Travelers' proposed form of declaratory judgment pursuant to the Court's Memorandum Decision and Order dated November 14, 2023 (Dkt. No. 20).

To establish the monetary damages to which it is entitled, Travelers intends to rely upon affidavits and other documentary evidence, namely the invoices of E-J Electric Installation Company's defense counsel. Accordingly, Travelers respectfully requests that the Court conduct an inquest by paper record rather than an in-person hearing.

Your Honor's attention and consideration are appreciated.

Respectfully submitted,

Lisa Szczepanski

Encl.

*Not a Partnership or Professional Corporation. All attorneys are employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CALIFORNIA OFFICE: | CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: |
|---|---|---|---|
| 655 N. CENTRAL AVENUE | ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 801 LAKEVIEW DRIVE |
| SUITE 1100 | MS04A-0000 | 6TH FLOOR | SUITE 301 |
| GLENDALE, CA 91203 | HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 |