UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HARLEYSVILLE INSURANCE COMPANY OF NEW YORK,<br><br>　　　　　　　Defendant. | Case No. 1:22-cv-06032-BMC<br><br>**DECLARATORY JUDGMENT** |

**COGAN**, District Judge.

By this Court's November 14, 2023 Memorandum Decision and Order (ECF No. 20), it is hereby

**ORDERED** and **ADJUDGED** that plaintiff, The Travelers Indemnity Company's ("Travelers") motion for summary judgment is granted; and it is further

**ORDERED**, **ADJUDGED**, and **DECREED** that defendant, Harleysville Insurance Company of New York ("Harleysville") owes E-J Electric Installation Company ("E-J") a duty to defend and a duty to indemnify for the action entitled *Samuel Hernandez v. The City of New York and E-J Electric Installation Company*, Index No. 517559/2021, in the Supreme Court of the State of New York, County of Kings (the "*Hernandez* Action"), and that Harleysville's duty to defend and indemnify applies on a primary and non-contributory basis with Travelers; and it is further

**ORDERED**, **ADJUDGED** and **DECREED** that Harleysville must reimburse Travelers for costs and disbursements incurred by Travelers in defense of E-J in the *Hernandez* Action; and it is further

1

2

**ORDERED** and **ADJUDGED** that Travelers shall have judgment against Harleysville in an amount to be determined following an inquest on damages.

**SO ORDERED**
on this __19th__ day of December, 2023.

*Brian M. Cogan*
_____
HON. BRIAN M. COGAN, U.S.D.J.

2